## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 59 MAL 2015
:
      Petitioner  :
: Petition for Allowance of Appeal from the
          : Order of the Superior Court
    v.     :
:
:
:
ONE (1) JERSEY HOLD 'EM MACHINE :
SERIAL NO. DDGPA0003, ONE (1) RED, :
WHITE, & BLUE REEL GAMING  :
MACHINE SERIAL NO. DDGPA0002 (IN :
RE: 2 GAMING MACHINES, DDGPA0003 :
& DDGLA0002) (MARTIN CAPLAN), :
:
      Respondents :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.